# Daniel L. Feiner

Attorney at Law
1030 NW 12th, TH5, Portland, OR 97209
503.228.2822
Fax 503.296.2217
dan@danfeiner.com

May 4, 2007

Hon. Anne Aiken
United States Courthouse
405 E. Eighth Avenue
Eugene, OR 97401

> Re: United States v. Darren Todd Thurston
> CR 06-60069-AA
> CR 06-60120-AA

Dear Judge Aiken:

I have represented Darren Thurston since his arrest on immigration charges in December 2005. We have spent hundreds of hours together since then evaluating the charges against him, reviewing his past and discussing plans for the future. He has made good use of his time in custody. The man who will appear before you for sentencing on May 29, 2007 is substantially wiser and self-aware than the one who entered the jail a year and a half ago.

His growth had its roots in a harsh choice. Recognizing the strength of the evidence against him and the potential penalties he faced, he literally had to elect between his future and his past. I recall sitting with him in the visiting room on the day he made the decision to accept the government's offer. The easy part of the process was evaluation of the evidence and the government's proposal. More daunting was the awareness that if he accepted the offer he would leave behind not only the public perception of him as an unwavering activist but much of his personal perception of who he was.

He elected to move forward. His decision was disparaged in public forums and ridiculed in private correspondence. His pain was apparent but with the assistance of a faithful group of friends and family he regrouped and began planning for life after prison.

He's benefitted greatly from those who have stood by him, people who understand that character is rooted not only in steadfastness but by a willingness to reassess, acknowledge error and move forward.

The Mr. Thurston who emerges from prison will retain the same positive goals and characteristics as the one who went in. He will still be compassionate, idealistic and committed. But he understands now that his pursuit of social justice, animal rights and environmental conservation and will be more effectively fulfilled by constructive, as opposed to destructive, action.

The government has treated Mr. Thurston fairly. He is pleased prosecutors recognized his minimal role in these offenses and have recommended a sentence both below the mandatory minimum and short enough to allow him a full life once it is served. It is apparent considerable deliberation went into the government's proposals in these cases. We recognize, however, that should the terrorism enhancement be deemed inapplicable to Mr. Thurston, the resulting guideline sentence would be considerably shorter than the government's offer. Without diminishing the reasonableness of that recommendation, we suggest that if the terrorism enhancement is not imposed, the lesser sentence provided in the guidelines would be equally sufficient to satisfy the purposes set forth in 18 U.S.C. § 3553(a)(2).

Accompanying this correspondence are letters to you written by family members and friends of Mr. Thurston. We very much appreciate your consideration of the sentiments expressed.

Yours truly,

Dan Feiner

cc:     Lynn Purdue

**McInnes, Donna**

To: Judge Ann Aiken , U S District Court , Eugene Oregon
Subject: Support Letter Concerning Darren Thurston

I am writing this letter, a letter no mother ever dreams, plans or expects to write on behalf of her son , about my only son, DARREN THURSTON.

Because you are a woman and perhaps a mother/grandmother, I'm sure you would do anything to support your child as I have and will continue to do. I am writing to give you some insight into Darren's life and to ask you to consider knowing him as I do.

Darren was always a challenge to me, even before he was born. His Dad and I were "in love", as "in love" as two teens can be but before Darren turned 3 his Dad had moved on. Darren challenged me in so many ways. We learnt and grew up together. He had a never ending thirst for MORE information about everything. He would dismantle anything he could get a hold of to see what was inside and how it worked. He once took my alarm clock apart with a bobby pin. All those pieces and managed to get it all back together.This is one of many examples I could share of his desire to learn about everything.

We did all the normal family things, the three of us, Darren and his younger sister, by 15 months, Jennifer. We camped in the foothills of Alberta in our tent every summer weekend, played softball at the park and always made another trip to the library. Winter pastimes found us at the local swimming pool or on the tobogganing hills. Sunday's it was off to church and then to Darren's Grandma and Papa's house for dinner ( my parent's ).

Darren read from encyclopedias before he even started kindergarten. He is still a voracious reader. School started for Darren and he excelled at everything. He loved playing Monopoly. He even was declared  the Monopoly City Champion in a contest he entered at the mall. Jennifer and I spent many weekend afternoons having Darren take all our properties and money in another round of his beloved game.

Darren's summer's were spent at the acreage with his ever supportive grandparents. Here they loving taught him to grow garden vegetables, to care for the numerous animals( horses, cattle, ducks, chickens, etc.) and made sure there was always time left in the day for either a few hands of crib or a book or two to be enjoyed and shared. I would pick Darren and his sister up every Friday evening after my work week and head back to the city to enjoy the few precious days together until I would have to make the return trip back to the acreage on Sunday evening.

As a teenager, Darren volunteered for the community by leading summer kids camps. He loved sharing information about the native animals and plants and showing the children how to respect the environment. He really was a natural, teaching the children. They would  be hanging on his every word and not wanting him to go when I picked him up after his day was over.

Darren's first computer arrived when he was barely a teenager. This fed him with so much more of the worldly knowledge he craved. He worked at the City Library and loved his work. More books and more knowledge.

We have always shared our home with an assortment of animals. I admit not always willingly! Darren was always bringing another one home. It might have been the salamanders that needed a temporary home over the Christmas vacation or the pair of ferrets another friends mother forbid in their home. Too many rabbits, cats, dogs, fish and mice to remember! Darren's caring way with animals wasn't only limited to the NORMAL pet varieties. Whenever a house fly or spider made it's way into our home Darren and a tissue came to the rescue and out it went to the garden.

My son has always been able to phone or come home. It didn't matter if the news was good or bad, he knows I'll ALWAYS be there for him!!! That's what Mothers do!

Darren's grandmother and I traveled by car to Portland ( 15 hours one way, driving time)to see him  in the summer of 2006. Later in the fall of 2006 we came back via air to again visit and support him with our presence and words of encouragement. Even though he is so far away in body our spirits are close, especially at this difficult time.

I have recently, January 2007, accepted a job transfer to Kelowna, B.C. It is four hours drive from Vancouver, B.C. Darren will likely return to Vancouver when he is allowed. He would always be welcome in my home, I have just purchased here, until he is able to establish is own again. The Okanagan Valley I live in, has numerous job opportunities. As well, UBC has a campus here and Darren could pursue more computer training, which he has expressed a desire to do many times.

Having Darren back in Canada.........
Having him Home for summer........
Having him Home for Thanksgiving .....
Having him Home for Christmas.........
Just having him Home to rekindle our family relationships is what we are all praying and hoping for every day!!!!!!!!

Perhaps you know my son a little better after reading this. Perhaps you can see him through my eyes, a mother's eye's.


Sincerely,
Donna McInnes
( Darren's Mom )

March 21, 2007

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Darren Thurston and I originally met ten years ago when I accompanied a friend of his to Canada. Over the next few years I visited Darren in Vancouver B.C. several times. During those visits we toured the city, ate at restaurants, made meals and played card games at his apartment with friends. In between visits, Darren and I stayed in contact with emails and via the postal service. This friendship lasted a few years until we accidentally lost touch with each other. Darren and I were reunited in February of 2006 when I visited him at the Multnomah County Inverness Jail. Since that time I have been Darren's local support person, visiting him in jail at least once every week.

Darren is a very polite, likeable person and I have never met anyone who does not enjoy being around him. He is immediately warm and personable with a down to earth personality. He has many diverse interests which makes him very easy and interesting to talk to. As an activist Darren exhibited his intelligence as an indispensable resource of information. He thoroughly researched a variety of topics and assisted me routinely with projects I had undertaken for several non-profit organizations I worked for. Darren is a kind, affectionate person and I have always been thankful to call him my friend.

Darren misses Canada and is motivated to return to life outside of prison. One of the first comments he made to me when I began visiting him in jail was that he had been living a quiet life, had left behind his radical positions and activities, when he was arrested. He has matured with age and seeks to spend time enjoying life and reconnecting with his community of friends. When Darren is eventually released from prison I look forward to continuing the friendship and support I have offered him during my visits while he is in jail. Darren is appreciative of the stories I have given him about living life outside of the radical animal rights and environmental movements and I have and will continue to encourage him towards productive ways to live within society. We have discussed his priorities of finding work (utilizing his extensive computer aptitude and organizational skills Darren will be an asset to whatever business or non-profit agency he chooses to work with), resolving his credit issues and potentially enrolling in school again. I have had the pleasure to meet and communicate with friends of Darren's since he has been in jail and he is fortunate to have such caring friends to offer immediate support and direction when he returns home.

During my visits with Darren we talk about everyday issues as well as dealing with hard issues like processing the emotions he has with the acknowledgement that he has left the radical portion of the animal rights and environmental movement. Darren accepts my teasing about his past very good naturedly and is able to recognize the extremity of the lifestyle he chose to live. We have discussed growing older and recognizing the world is not as black and white as we had both once thought and how that consequently demands a more enlightened approach to dealing with differences of lifestyle. He is no longer feeling the need to carry the weight of the world on his shoulders and wants to enjoy the freedom of living life without the stress, pressure and fear that exhausted him during the past.

I feel confident that Darren is determined to begin a life free of illegal actions and full of a community complete with friends and family who are anxiously awaiting his release.

Sincerely,

*Elaine Budlong*

Elaine Budlong
███████████
Portland OR 97213

FEB1/07

Judge Ann Aiken
U.S. District Court.
Eugene, Oregon.

This letter is in support of Darren Thurson, my grandson.

He was my first grandson and his mother's first child. he was a welcome addition to our family of six. His uncles baby sat him & his sister many times when his mother worked some times 2 & 3 jobs.

Darren & his sister spent many days at our acreage with my husband & me. & there he was always helpful with the chores, he especially liked watching + helping with all the animals.

As a young boy he was a volunteer with the city of Edmonton, play ground summer activities. Also he was a big brother to another young boy.

When Darren grew up he moved to B.C. and was father away from us, we kept in touch through his mother & the few letters he wrote, and a few phone calls.

He was always a very loving young man & would not be shy about giving his old grandma a hug & kiss.

During this time my husband was ill so we didn't get very far from home; but when possible Darren would come home to see us.

I am now a widow, and am willing
to do anything possible to help Darren
when he gets back home;
Hope we will see him soon
Rosalia MacDonald.
Darren's grandmother.

February 25, 2007

Joshua Goldberg
████████████
Victoria, BC  Canada  V8V 2A4

Judge Ann Aiken
U.S. District Court
211 East 7th Avenue
Eugene, OR, USA  97401

c/o Dan Feiner, 1030 NW 12th, TH5, Portland, OR 97209

**re: Darren Todd Thurston**

Dear Judge Aiken,

I am writing this letter to provide information that I hope will be useful in considering sentencing for Darren Todd Thurston.

I met Darren in 1991 through mutual friends and was in frequent contact with him from 1991-1998, sharing a close friendship, a similar circle of friends, and shared work commitments. As a result of geographic distance contact became more sporadic and we eventually lost touch; I sought to re-establish contact in 2006, and subsequently learned of Darren's arrest and imprisonment. Since that time we have regularly kept in contact by mail.

I have known Darren for a long time, and although there has been a period of our lives where we have not been in touch, feel confident to comment on the elements of Darren's personality that, in my experience, have remained consistent throughout the duration of our relationship (just as there is a consistent thread in my own life from my early 20s through to my life now at age 35, despite many changes in the external circumstances in my life over this period of time).

When I first met Darren in 1991 I was immediately struck by his intelligence and steadfastness. Darren takes his personal and professional commitments seriously and has repeatedly demonstrated a high level of integrity in his professional dealings and personal relationships. As a friend he has been consistently thoughtful, supportive, kind, and caring. I have also had the opportunity to work with him on a number of projects and from that experience would not hesitate to recommend him for employment. In my experience Darren is reliable, quick to learn, diligent, and conscientious.

Darren has faced very difficult situations in his life, including family distress, loss of important relationships, and also imprisonment. He has dealt with these well, largely due to tremendous internal resilience. He also has a strong support network. I have been Darren's friend and supporter through two prior periods of incarceration and release, and have a realistic sense of what is involved in adjusting after release from prison. I have already let Darren know that I'm happy to provide emotional and financial support wherever he is located, and should he move to the west coast can also assist with temporary lodging and vocational support to help him get back on his feet and re-establish himself in the community here. Darren has in his letters to me expressed interest in pursuing education upon his release and I will assist in that in whatever way I can (I work at a university, so may be able to help him explore local program options).

I grew up in a cultural community and extended family dedicated to social change. Over the years I have struggled to find ways of working for change that is constructive rather than destructive. In this struggle I have had the benefit of support from my grandparents, parents, sibling, and cultural community members who have wrestled with similar dilemmas. Darren has struggled with this as well, but without the benefit of the same kind of extended support I have had access to. In our most recent correspondence Darren and I have been reflecting on the changes in our thoughts and feelings about activism over the years, and Darren has repeatedly expressed a strong interest in working on practical alternatives to the current

system, rather than trying to create change through destroying elements of the system that he feels are oppressive. This is a significant shift for Darren. It will, I believe, allow him to maintain the progressive ideals he has held throughout his life, while also avoiding repetition of the types of actions that led to his incarceration. I am confident that Darren will, with the assistance of his family and supporters, be able to channel his discipline, passion, and dedication to justice into positive channels.

Darren's losses as a result of his arrest and subsequent imprisonment have been significant. He has lost his home, been separated from his partner, and also lost his freedom of movement while incarcerated. For this reason, I believe Darren is unlikely to commit another crime upon his release. I am confident that Darren will actively seek to pursue legal means of pursuing social change. He will be supported in this by individuals such as myself who have great regard for Darren and can facilitate his integration into charitable non-profit organizations and other vehicles for advocacy.

I hope this letter is useful in your deliberations. Thank you for your consideration.

Sincerely,

Joshua Mira Goldberg

Judge Anne Aiken
U.S. District Court
Eugene, Oregon


March 5th, 2007


Dear Judge Aiken,

I write to you today in support of my friend, Darren Thurston. My name is Jessica Peart, and I live in Vancouver, British Columbia where I work for a charitable non-profit organization.

I have known Darren for over six years – we met through mutual friends. We developed our friendship while we jointly worked on The Victory Project in 2000, a volunteer-run centre offering free computer access, a reading library and workshops in Vancouver's Downtown Eastside, a neighbourhood in our city that is in great need of free, quiet and safe spaces like the one that we provided.

Over the years, Darren and I have maintained a close friendship. I have known him to be a compassionate, caring and thoughtful individual, committed to social and environmental justice. His work history in non-profit organizations, both in voluntary and employment capacities, is a testament to the value he places on helping others.

Darren is a particularly supportive friend – I have not only witnessed this personally, but also with those in our community. Darren is highly respected by individuals that surround him because of his strong personal character, and the empathy that he demonstrates for others.

I have been in contact with Darren since his incarceration, both through letter writing and an in-person visit at Inverness Jail in September 2006. Throughout this correspondence, Darren has conveyed to me some of his future plans following his release from prison.

I understand that he is committed to returning to school after he comes home to Canada – he has always demonstrated a keen interest and ability with computers and technology, and I know that he would like to further pursue this field. He has informed me that he would like to attain certification in information technology, so that he might be more employable in this field. His sharp intellect and dedicated focus will assist him in being successful in this venture, and the nature of the work will be well-suited to his personality.

Through my correspondence with Darren, he has also indicated to me that he would like to settle down in East Vancouver. He has told me that he is looking forward to the stable living environment that his support community can provide him, renewing the friendships that he has here, pursuing his career in information

technology, and perhaps traveling to see more of the beauty that our province has to offer. In the end, I believe that Darren is most looking forward to settling into a "normal" and stable life with those he knows and loves here. He can focus on being healthy and developing the positive, mutually supportive relationships that I know sustains and nourishes him.

I intend to be living in Vancouver for at least another 5 years, and am committed to supporting Darren in his return to our community when he is released. I am a close friend of Megan Adam, and it is my understanding that Darren plans on moving into Megan's home as soon as he is able. I will be one, among many I am sure, who will provide the emotional support that he will require upon his transition out of prison. Here, there is a diverse network of individuals who have known and cared for Darren for a long time, and together we will make a loving, nurturing home for him.

Sincerely,

Jessica Peart

Vancouver, BC   V5L 2B6
Canada

Megan Adam

██████████████████

Vancouver, BC
V5L4B1

19 March 2007

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Dear Judge Aiken:

I am writing to you in support of Darren Todd Thurston, who is to appear before you for sentencing for conspiracy and arson charges related to an Earth Liberation Front incident that took place in 2001.

My name is Megan Adam, and I have known Darren Thurston for approximately eight years, as a past romantic partner, a roommate and a close friend. I have continued to support him since his arrest in December 2005 through weekly telephone calls and letters.

Darren Thurston is a bright and loving person who holds a passion for many things in life including his relationships, the outdoors, technology and travel. I have always known him to be an energetic person who puts his time into his community and interests, and an honourable person who lives up to his commitments. During his time in Vancouver, Darren had an active community and social life that involved his work with the BC Compassion Club, the Victory Project (a computer lab run by grassroots activists in Vancouver's poorest neighbourhood), and the campaign to save the Elaho Valley. Additionally, he was involved in the local music scene and assisted my own musical project (the Flying Folk Army) in putting together and promoting performances, as well as taking photos for our promotional materials.

Darren's incarceration over the past 16 months has been incredibly difficult for both him and myself, but we have used the time to strengthen our friendship and have spent many hours writing letters and talking on the phone. Many of our conversations have focused on exploring options for post-secondary education and employment upon his release. It is my understanding that Darren would like to upgrade his semi-professional technology skills through certification courses that would give him ample employment opportunities in a city such as Vancouver, BC where he intends to live.

One of the threads of our discussion over the past few years has been about the role of various tactics in the struggle to create a society that values ecological and social justice. Obviously, Darren has made difficult choices in his desire to see broad social change,

which is why he stands before you. I ask you to consider that Darren's actions were committed almost six years ago, and although he remains sympathetic to struggles for social and environmental justice, he is also very aware of the toll his actions have taken on his friends and family. During a prison visit in October, he expressed very strong wishes for release in order to help repair the damage he has done to his own community. It is this remorse that I believe will keep Darren from re-offending as I know more than anything, these relationships are now at the center of his life.

My own position as Darren's core support remains strong. Not only am I emotionally committed to assisting him in returning to civic life after prison, but my stable employment with the federal government in Canada also provides the means for concrete support such as housing until he is able to financially support himself again. Our intention at present is for Darren to move into my apartment in East Vancouver, where I have set a room aside for him. I have also been working to establish Darren's place in our community to ensure he will have a supportive circle to return to upon his release.

Thank you for your attention to this letter, I ask that you contact me at the number below should you require any additional information.

Megan Adam

January 18, 2007

David Treleaven

San Francisco, CA
94118 USA

Judge Ann Aiken
U.S. District Court
Eugene, Oregon


Re: Darren Thurston


Dear Judge Aiken,

My name is David Treleaven and I am writing this letter in support of Darren Thurston, a previous co-worker and current friend whose merits I have been encouraged to share. I am a Canadian citizen currently earning my PhD in Psychology at the California Institute of Integral Studies in San Francisco, California, and over the past four years have worked as a group and individual therapist with the British Columbia Psychiatric Services Commission serving provincial offenders in their transition to a community setting.

I first met Darren in 2001 through my work as a clinical counsellor at the Wellness Centre of the British Columbia Compassion Club Society (BCCCS). The centre has a number of alternative medical practitioners (e.g., acupuncturists, herbalists, registered nutritionists) who serve a diverse population within Vancouver, British Columbia. Darren and I worked together at the Compassion Club for a number of years, and I had the chance to see him socially after he left the centre.

Having returned to Vancouver in 2001 after a personally challenging year studying abroad at the University of Western Australia in Perth, Australia, Darren played a very important role in my life during the first year of our friendship. Within a community of 30 staff, 4 board members, and 2300 clinical members, Darren was known as a passionate, reliable, intelligent, warm-hearted person who inspired the best in others, and did not hesitate to provide me with enough personal support to help me find my feet in a community I had just returned to.

To share a personal story, I remember becoming tremendously nervous during my final interview with 20 staff members, Darren being one of them. During this process, each staff member is provided an opportunity to ask a question of the interviewee. Darren, who noticed I was floundering through most of my responses, took my side during this process and in front of the group reminded me of my strengths, my volunteer work at various agencies in Vancouver, and in that moment provided me the borrowed confidence to share myself openly with the group.

I share this story with you for two reasons: first, I believe the situation is symbolic of Darren's positive impact on those in his surroundings, and secondly, I feel this forum provides me the opportunity to do the same for Darren – to share my good feelings towards him as a person with you, in the hope he will have the chance to rehabilitate in a community where he is loved, respected, and deeply supported.

Finally, as a therapist who has worked closely with hundreds of male offenders over the past four years, I feel I've developed a sense about the likelihood of recidivism. I have no such feelings from Darren. In my experience, when Darren is commits to something, he is determined, even stubborn in his pursuit of reaching his goal. If Darren has turned his shoulders to rehabilitation and healing, which I believe he has, I have no doubt he will not only refrain from committing another crime, but will benefit his surrounding community through his passion for learning and commitment to positive social change.

If I can provide any further information about Darren, please do not hesitate to contact me at █████████████

Yours sincerely,

David Treleaven

March 21, 2007


Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Re: Darren Thurston

Your Honour,

I would like to register my knowledge of the character of Mr. Darren Thurston and my strong belief in his ability to be rehabilitated and to contribute positively to his local community.

I have known Mr. Thurston for over a decade as a work colleague involved with both community development and neighbourhood sustainability initiatives. I have always found Mr. Thurston to have a great integrity of character, a selflessness concern for others and a sincere belief in charity works.

To my knowledge, Mr. Thurston has always had a strong reputation as a kind and well meaning person who could be trusted to assist those who are in need. I have personally witnessed his concern and willingness to help others: such as working with disabled persons in need of homecare; to assist and care for abandoned or abused animals; and to volunteer his time to improve the appearance of his local community via the removal of garbage and other forms of litter.

I have always been greatly impressed by Mr. Thurston's community-oriented values and sincerity. He has certainly been considered an important asset and a motivating influence by many people from a broad number of backgrounds who have worked with him.

While I am presently no longer resident in Canada, it is my intention to return to Western Canada in the near future at the conclusion of my present contract. I would have no hesitation employing Mr. Thurston in my future business concerns. I have previously discussed with Mr. Thurston his interest in the sustainable design and construction of buildings as well as his desire to perhaps attain a qualification in this field. I would be happy to mentor and support Mr. Thurston towards his personal development in the area of sustainable architecture and construction, if this is his desire upon his return to community life. I believe that he is a capable and intelligent person of good intention and I see him as a potential asset to my business.

Sincerely,


Bryce Gilroy-Scott (MSc Arch)

Sustainability Manager
Hill Holt Wood Ltd.
United Kingdom

*Lorin Lindner, PhD, MPH*

██████████████

*Los Angeles, California  90035*

████████ *ph*
            *fax*

January 24, 2007

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Dear Honorable Judge Aiken:

I am writing this letter on behalf of Darren Thurston, a gentleman I have come to know quite well in the 17 years since we first met. The use of the word "gentleman" is not used lightly in the case of Mr. Thurston. From when I first met him in our mutual work for a nonprofit organization until the present time, Mr. Thurston has shown truly notable respect and compassion for others and he has always treated people with dignity, patience and tolerance. Everyone who knows him well can certainly attest to this and to his heartfelt concern and empathy for any suffering in the world.

Mr. Thurston has a very strong, caring and consistent support network and he is filled with gratitude for their presence during this difficult time. He clearly understands how his actions have affected his friends and loved ones and feels deep remorse for what they are going through. This is part of the reason why Mr. Thurston wants so powerfully to rehabilitate himself and return to his community with something positive to give back in return for all of their support. This supportive community will ensure that Mr. Thurston will have the means to find employment and establish a stable home life once again.

Mr. Thurston wants nothing more than to establish permanent tenure within his community where he can a productive member of society. Although he already has a great deal to offer he is also interested in pursuing a higher education.

As a psychologist who knows Mr. Thurston very well, I can say he has learned a great deal from this experience being locked away and it has significantly changed him. He realizes now that his life will be better served by doing charitable work to help others and by being of service.

Please feel free to contact me at anytime should you require additional information.

Sincerely,

Lorin Lindner, PhD, MPH